PD-1274-15

PD-1274-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 5:19:43 PM
Accepted 9/30/2015 11:31:49 AM
ABEL ACOSTA
CLERK

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | |
|---|---|---|
| **ALBERT RAMIREZ,** | § | |
| **Appellant** | § | **Eighth Court of Appeals** |
| | § | **No. 08-11-00298-CR** |
| **vs.** | § | **Appeal from the 171st** |
| | § | **Judicial District Court** |
| | § | **of El Paso County, Texas** |
| **THE STATE OF TEXAS,** | § | **TC No. 20090D03210** |
| **Appellee** | § | |

**MOTION FOR EXTENSION OF OUT OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the El Paso County Public Defender's Office, counsel for the

Appellant herein, and files this motion for an extension of 60 days for Appellant to

file his Petition for Discretionary Review. In support of this motion, counsel

would show the Court the following:

**I.**

The Appellant was tried by a Jury before the 171ST District Court, the

Honorable Bonnie Rangel presiding, in Cause No. 20090D03210 Styled <u>The State</u>

<u>of Texas v. ALBERT RAMIREZ</u>, and convicted of the offense of Aggravated

FILED IN
COURT OF CRIMINAL APPEALS

September 30, 2015

ABEL ACOSTA, CLERK

1

Sexual Assault of a Child, an Adult Felony. He was subsequently sentenced by the Court to 99 years TDC, Institutional Division - TDCJ on October 5th, 2011.

## II.

The deadline for filing the Appellant's Petition for Discretionary Review is September 25th, 2015.

## III.

Appellant requests a 60-day extension of time to file his Petition for Discretionary Review herein.

## IV.

This is the Appellant's first such request for an extension of time.

## V.

Appellant's request for an extension is bases upon the following facts:

1. The El Paso County Public Defender's Office represented Appellant on his direct appeal through the 8th Court of Appeals.

2. The Public Defender's Office received the 8th Court of Appeals opinion dated August 26th, 2015, and sent Appellant a copy of same along with a letter outlining his options to pursue appellate relief. In compliance with Texas Rule of Appellate Procedure 48.4, a copy of that letter was filed with the 8th Court of Appeals.

3. Appellant will retain another attorney to continue the appeal of his conviction.

4. Thus, in order to adequately discharge his responsibilities to Appellant herein, the undersigned Counsel respectfully requests a 60-day extension of time for Appellant to properly prepare and present Appellant's Petition for Discretionary Review herein.

WHEREFORE, the undersigned counsel prays that the Court grant this Motion and extend the deadline for filing the Appellant's Petition for Discretionary Review to November 24th, 2015.

Respectfully submitted,

EL PASO COUNTY PUBLIC DEFENDER

BY: /s/ *NICHOLAS C. VITOLO*
    NICHOLAS C. VITOLO
    First Assistant Public Defender
    SBN 24084526
    500 E. San Antonio, Room 501
    El Paso, TX 79901
    (915) 546-8185, FAX 546-8186

STATE OF TEXAS            §
                          §
COUNTY OF EL PASO §

BEFORE ME, the undersigned authority, appeared NICHOLAS C. VITOLO

on the 24th day of September, 2015 and who, being by me duly sworn, did depose

and state on his oath:

> "My name is NICHOLAS C. VITOLO. I am the
> Attorney for Appellant in the above styled and
> numbered document and the above stated facts are true
> and correct and within my personal knowledge."


/s/ *NICHOLAS C. VITOLO*
NICHOLAS C. VITOLO


SUBSCRIBED AND SWORN TO BEFORE ME on this the 24th day of

September, 2015.


/s/Margarita S. Martinez
NOTARY PUBLIC
STATE OF TEXAS

**CERTIFICATE OF SERVICE**

I, NICHOLAS C. VITOLO, hereby certify that a true and correct copy of the foregoing instrument has been hand-delivered to the District Attorney's Office, 500 E. San Antonio St., Room 201, El Paso, Texas 79901, mailed to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711, and mailed to the Appellant ALBERT RAMIREZ, TDCJ No. 01750283, Alfred Hughes Unit, RT. 2 Box 4400, Gatesville, TX 76597, on this the 24th day of September, 2015.

/s/ *NICHOLAS C. VITOLO*
NICHOLAS C. VITOLO